IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01021-WYD-MEH

JOHN WINKLER; and
LINDA WINKLER,

    Plaintiffs,

v.

ILLINOIS NATIONAL INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice filed July 24, 2015.  The Court, being fully advised and for good cause shown, hereby

ORDERS that the Stipulation for Dismissal with Prejudice [ECF No. 9] is **APPROVED** and this case is **DISMISSED WITH PREJUDICE**, all parties are to pay their own costs and fees.

Dated:  July 27, 2015.

                                              BY THE COURT:

                                              /s/ Wiley Y. Daniel
                                              WILEY Y. DANIEL,
                                              SENIOR UNITED STATES DISTRICT JUDGE